# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **STACY CARL MAYE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 7:19-CV-00134-CLM |
| ) | |
| **ANDREW SAUL,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of the Social Security Administration in the above-titled case is **AFFIRMED**.

**DONE** on June 22, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE